**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In the Matter of: BELLINGHAM
INSURANCE AGENCY, INC.,
                          *Debtor,*

EXECUTIVE BENEFITS INSURANCE
AGENCY,
                          *Appellant,*

v.

PETER H. ARKISON, TRUSTEE, solely
in his capacity as Chapter 7
Trustee of the estate of
Bellingham Insurance Agency,
Inc.,
                          *Appellee.*

No. 11-35162

D.C. No.
2:10-cv-00929-MJP
Western District of
Washington,
Seattle

ORDER

Filed November 25, 2011

Before: Alex Kozinski, Chief Judge, Richard A. Paez,
Circuit Judge, and Raner C. Collins, District Judge.*

---

## ORDER

The United States's motion for a 45-day extension of time
to respond to this court's November 4, 2011 order is
GRANTED. Any amicus brief or motion to intervene by the
United States must be filed on or before January 19, 2012.
The time for other amici to respond to this court's November
4 order is similarly extended.

---

*The Honorable Raner C. Collins, District Judge for the U.S. District
Court for Arizona, sitting by designation.

20611

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2011 Thomson Reuters.